UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | 20-MD-2941 (JSR) |
| Pertains to: *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR), *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-04286 (JSR) | **NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER** |

------------------------------------------------x

PLEASE TAKE NOTICE that Timothy M. Frey of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") is hereby withdrawn as counsel of record for defendants Mary Margaret Hastings Georgiades ("Georgiades") and Telendos, LLC ("Telendos"). Mr. Frey is no longer associated with Skadden and should be removed from the Court's service list with respect to the above-captioned multidistrict action. Georgiades and Telendos will continue to be represented by other Skadden counsel.

Dated: February 19, 2021
Chicago, Illinois

Respectfully submitted,
/s/ *Timothy M. Frey*
Timothy M. Frey
Skadden, Arps, Slate, Meagher & Flom LLP
151 N. Wacker Drive
Chicago, IL 60606
(312) 407-0654
timothy.frey@skadden.com

SO ORDERED.

Dated: New York, New York

February 22, 2021

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York