```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :
IN RE: NINE WEST LBO SECURITIES LITIGATION                                  :
                                                                            :
Pertains to: Kirschner, et al. v. McClain, et al., No. 20-cv-4262;          :    20-MD-2941 (JSR)
Kirschner v. Cade, et al., No. 20-cv-4265; Wilmington Savings               :
Fund Society, FSB v. Cade, et al., No. 20-cv-4267; Wilmington               :
Savings Fund Society, FSB v. Georgiadis, et al., No. 20-cv-4286;            :
Kirschner, et al. v. Kimmel, et al., No. 20-cv-4287; Kirschner v.           :
Georgiadis, et al., No. 20-cv-4292; Wilmington Savings Fund                 :
Society, FSB v. Card, et al., No. 20-cv-4335; Kirschner v. Card,            :
et al., No. 20-cv-4346; Kirschner, et al. v. Advisors Series Trust          :
(Kellner Merger Fund), et al., No. 20-cv-4433; Kirschner v.                 :
Dickson, et al., No. 20-cv-4436; Wilmington Savings Fund Society,           :
FSB v. Dickson, et al., No. 20-cv-4569                                      :
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION AND [PROPOSED] ORDER
DISMISSING SETTLING DEFENDANTS WITH PREJUDICE**

Marc S. Kirschner, as Litigation Trustee for the NWHI Litigation Trust, and Wilmington Savings Fund Society, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc. (collectively, the "Plaintiffs"), and defendants Wesley R. Card, Gerald C. Crotty, John D. Demsey, Mary Margaret Hastings Georgiadis, Matthew H. Kamens, Sidney Kimmel, Robert L. Mettler, James A. Mitarotonda, Jeffrey D. Nuechterlein, Lowell W. Robinson, Ann Marie C. Wilkins, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Barington Companies Equity Partners, L.P., Barington Companies Investors, LLC, Dianne Card, Ira Martin Dansky Revocable Trust, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Telendos, LLC, and The Sidney Kimmel Revocable Indenture of Trust, Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B.

Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, Gregory Clark, Janet Carr, Sharon Harger, and Heather Roussel (collectively, the "Settling Defendants" and, together with the Plaintiffs, the "Parties," and each individually a "Party"), through the respective undersigned counsel of the Parties who have appeared in the above-captioned actions, for good and valuable consideration, the receipt of which is hereby acknowledged, enter into this Stipulation of Dismissal with Prejudice.

WHEREAS, each of the Settling Defendants was named as a defendant in at least one of the above-captioned actions consolidated before the Court pursuant to the United States Judicial Panel on Multidistrict Litigation's June 2, 2020 Transfer Order (each action, with this consolidated action, the "Actions"), as listed below:

| *Settling Defendant* | *Case Nos.* |
| --- | --- |
| Gerald C. Crotty | 20-4262 |
| Cynthia DiPietrantonio | 20-4262 |
| Tami Fersko | 20-4262 |
| John T. McClain | 20-4262 |
| Jeffrey Brisman | 20-4262 |
| Arundhati Kulkarni | 20-4262 |
| Christopher R. Cade | 20-4265, 20-4267 |
| Ira M. Dansky | 20-4265, 20-4267 |
| Ira Martin Dansky Revocable Trust | 20-4265, 20-4267 |
| Mary Margaret Hastings Georgiadis | 20-4286, 20-4292 |
| Telendos, LLC | 20-4286, 20-4292 |
| John D. Demsey | 20-4287 |
| Matthew H. Kamens | 20-4287 |
| Sidney Kimmel | 20-4287 |
| James A. Mitarotonda | 20-4287 |
| Jeffrey D. Nuechterlein | 20-4287 |
| Lowell W. Robinson | 20-4287 |

| Settling Defendant | Case Nos. |
|---|---|
| The Sidney Kimmel Revocable Indenture of Trust | 20-4287 |
| Joseph T. Donnalley | 20-4287 |
| Aida Tejero-DeColli | 20-4287 |
| Barington Companies Equity Partners, L.P | 20-4287 |
| Barington Companies Investors, LLC | 20-4287 |
| Scott Bowman | 20-4287 |
| Lynne Bernstock | 20-4287 |
| Norman R. Veit, Jr. | 20-4287 |
| Larissa Sygida | 20-4287 |
| Joseph A. Rosato | 20-4287 |
| Gregory Clark | 20-4287 |
| Janet Carr | 20-4287 |
| Sharon Harger | 20-4287 |
| Heather Roussel | 20-4287 |
| Ann Marie C. Wilkins | 20-4335, 20-4346 |
| Wesley R. Card | 20-4335, 20-4346 |
| Dianne Card | 20-4335, 20-4346 |
| Beth B. Dorfsman | 20-4433 |
| John W. Deem | 20-4433 |
| Robert L. Mettler | 20-4436, 20-4569 |
| Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees | 20-4436, 20-4569 |
| Richard L. Dickson | 20-4436, 20-4569 |

WHEREAS, pursuant to the terms, conditions, and limitations of a Settlement Agreement dated May 10, 2021, Plaintiffs have agreed to dismiss all of their claims in the Actions against each of the Settling Defendants, with prejudice, and without costs or attorneys' fees to any Party; and

WHEREAS, defendants Sharon Harger and Heather Roussel have not appeared in the Actions,

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss all of their claims in the Actions, solely against each of the above-listed Settling Defendants, with prejudice, without costs or attorneys' fees to any Party.

Dated: New York, New York
       June 10, 2021

*[signatures on following pages]*

| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| *[signature]* | *[signature]* |
| Edward A. Friedman<br>Robert J. Lack<br>Stan Chiueh<br>7 Times Square<br>New York, NY 10036-6516<br>(212) 833-1100<br>efriedman@fklaw.com<br>rlack@fklaw.com<br>schiueh@fklaw.com | Scott D. Musoff<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>scott.musoff@skadden.com<br><br>Robert S. Saunders<br>Cliff C. Gardner<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-3000<br>rob.saunders@skadden.com<br>cliff.gardner@skadden.com |
| *Attorneys for Plaintiffs Marc S. Kirschner, as Trustee for the NWHI Litigation Trust, and Wilmington Savings Fund Society, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc.* | *Attorneys for Defendants Gerald C. Crotty, John D. Demsey, Mary Margaret Hastings Georgiadis, Matthew H. Kamens, Sidney Kimmel, Robert L. Mettler, James A. Mitarotonda, Jeffrey D. Nuechterlein, Lowell W. Robinson, Ann Marie C. Wilkins, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Telendos, LLC, and The Sidney Kimmel Revocable Indenture of Trust* |

<div style="display: flex;">

<div>

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_____
Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust*

</div>

<div>

ENTWISTLE & CAPPUCCI LLP

_____
Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
(512) 710-5960
aentwistle@entwistle-law.com

*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC*

</div>

</div>

<div style="display: flex;">

<div>

KAGEN CASPERSEN & BOGART PLLC

_____
Stuart Kagen
Christopher B. Greene
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
skagen@kcbfirm.com
cgreene@kcbfirm.com

*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark*

</div>

<div>

MORITT HOCK & HAMROFF LLP

_____
James P. Chou
Alex D. Corey
1407 Broadway, 39th Floor
New York, NY 10018
(212) 239-2000
jchou@moritthock.com
acorey@moritthock.com

*Attorneys for Defendant Janet Carr*

</div>

</div>

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ENTWISTLE & CAPPUCCI LLP |
| Andrew G. Gordon<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3543<br>agordon@paulweiss.com | Andrew J. Entwistle<br>Frost Bank Tower<br>401 Congress Avenue, Suite 1170<br>Austin, TX 78701<br>(512) 710-5960<br>aentwistle@entwistle-law.com |
| Craig A. Benson<br>Crystal Johnson Geise<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>(202) 223-7343<br>cbenson@paulweiss.com<br>cgeise@paulweiss.com | *Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC* |
| *Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust* | |
| KAGEN CASPERSEN & BOGART PLLC | MORITT HOCK & HAMROFF LLP |
| Stuart Kagen<br>Christopher B. Greene<br>757 Third Avenue, 20th Floor<br>New York, NY 10017<br>(212) 880-2045<br>skagen@kcbfirm.com<br>cgreene@kcbfirm.com | James P. Chou<br>Alex D. Corey<br>1407 Broadway, 39th Floor<br>New York, NY 10018<br>(212) 239-2000<br>jchou@moritthock.com<br>acorey@moritthock.com |
| *Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark* | *Attorneys for Defendant Janet Carr* |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ENTWISTLE & CAPPUCCI LLP |
| Andrew G. Gordon<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3543<br>agordon@paulweiss.com<br><br>Craig A. Benson<br>Crystal Johnson Geise<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>(202) 223-7343<br>cbenson@paulweiss.com<br>cgeise@paulweiss.com<br><br>*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust* | Andrew J. Entwistle<br>Frost Bank Tower<br>401 Congress Avenue, Suite 1170<br>Austin, TX 78701<br>(512) 710-5960<br>aentwistle@entwistle-law.com<br><br>*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC* |
| KAGEN CASPERSEN & BOGART PLLC | MORITT HOCK & HAMROFF LLP |
| Stuart Kagen<br>Christopher B. Greene<br>757 Third Avenue, 20th Floor<br>New York, NY 10017<br>(212) 880-2045<br>skagen@kcbfirm.com<br>cgreene@kcbfirm.com<br><br>*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark* | James P. Chou<br>Alex D. Corey<br>1407 Broadway, 39th Floor<br>New York, NY 10018<br>(212) 239-2000<br>jchou@moritthock.com<br>acorey@moritthock.com<br><br>*Attorneys for Defendant Janet Carr* |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ENTWISTLE & CAPPUCCI LLP |
| _____<br>Andrew G. Gordon<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3543<br>agordon@paulweiss.com<br><br>Craig A. Benson<br>Crystal Johnson Geise<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>(202) 223-7343<br>cbenson@paulweiss.com<br>cgeise@paulweiss.com<br><br>*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust* | _____<br>Andrew J. Entwistle<br>Frost Bank Tower<br>401 Congress Avenue, Suite 1170<br>Austin, TX 78701<br>(512) 710-5960<br>aentwistle@entwistle-law.com<br><br>*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC* |
| KAGEN CASPERSEN & BOGART PLLC | MORITT HOCK & HAMROFF LLP |
| _____<br>Stuart Kagen<br>Christopher B. Greene<br>757 Third Avenue, 20th Floor<br>New York, NY 10017<br>(212) 880-2045<br>skagen@kcbfirm.com<br>cgreene@kcbfirm.com<br><br>*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark* | /s/ James P. Chou_____<br>James P. Chou<br>Alex D. Corey<br>1407 Broadway, 39th Floor<br>New York, NY 10018<br>(212) 239-2000<br>jchou@moritthock.com<br>acorey@moritthock.com<br><br>*Attorneys for Defendant Janet Carr* |