UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :

IN RE: NINE WEST LBO SECURITIES LITIGATION     :

                                       :   20-MD-2941 (JSR)

Pertains to All Associated Actions                  :

                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **PARTIES' JOINT STATEMENT CONCERNING CASE STATUS**

        In response to the Court's order dated July 14, 2021 (ECF 439), the parties inform the Court that in light of this Court's dismissal of certain claims and defendants by its opinion dated August 27, 2020 (ECF 317) and judgments dated August 28, 2020 (ECF 318) and November 19, 2020 (ECF 390), the recent settlement reached by the remaining parties, and the resulting Stipulation and Order Dismissing Settling Defendants With Prejudice filed June 14, 2021 (ECF 438), there are no claims against any defendants that remain in this Court. The parties accordingly request that the Final Pre-Trial Conference scheduled for July 23, 2021 be canceled.

Dated: New York, New York
      July 14, 2021

*[signatures on following page]*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

Edward A. Friedman
Robert J. Lack
Stan Chiueh
7 Times Square
New York, NY 10036-6516
(212) 833-1100
efriedman@fklaw.com
rlack@fklaw.com
schiueh@fklaw.com

*Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

Scott D. Musoff
One Manhattan West
New York, NY 10001
(212) 735-3000
scott.musoff@skadden.com

Robert S. Saunders
Cliff C. Gardner
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-3000
rob.saunders@skadden.com
cliff.gardner@skadden.com

*Liaison Counsel for Director Defendants*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Liaison Counsel for Officer Defendants*

ROPES & GRAY LLP

Gregg L. Weiner
Adam M. Harris
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
gregg.weiner@ropesgray.com
adam.harris@ropesgray.com

Andrew G. Devore
800 Boylston Street
Boston, MA 02199
(617) 951-7000
andrew.devore@ropesgray.com

*Liaison Counsel for Public Shareholder
Defendants*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

---

Edward A. Friedman
Robert J. Lack
Stan Chiueh
7 Times Square
New York, NY 10036-6516
(212) 833-1100
efriedman@fklaw.com
rlack@fklaw.com
schiueh@fklaw.com

*Attorneys for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

---

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Liaison Counsel for Officer Defendants*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

---

Scott D. Musoff
One Manhattan West
New York, NY 10001
(212) 735-3000
scott.musoff@skadden.com

Robert S. Saunders
Cliff C. Gardner
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-3000
rob.saunders@skadden.com
cliff.gardner@skadden.com

*Liaison Counsel for Director Defendants*

ROPES & GRAY LLP

---

Gregg L. Weiner
Adam M. Harris
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
gregg.weiner@ropesgray.com
adam.harris@ropesgray.com

Andrew G. Devore
800 Boylston Street
Boston, MA 02199
(617) 951-7000
andrew.devore@ropesgray.com

*Liaison Counsel for Public Shareholder
Defendants*